IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PATRICIA MARTINEZ, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:23-cv-01918-N |
| | § | |
| KROGER, LP, | § | |
| Defendant. | § | |

**AGREED ORDER OF DISMISSAL WITH PREJUDICE**

The Court has been advised by the parties that all matters in controversy between Plaintiff Patricia Martinez and Defendant Kroger, L.P. have been fully and completely compromised and settled and that Plaintiff no longer desires to pursue this cause or any claims related to this cause against Defendant. Therefore, the Court is of the opinion that this case should be dismissed with prejudice to the refiling of it.

**IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED** that Plaintiff's claims against Defendant Kroger, L.P. in this action are dismissed with prejudice against the refiling of same, each party to pay their own court costs.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that this is a final order that disposes of all parties as well as all claims asserted or that could have been asserted in this case.

SIGNED this 10th day of December, 2024.

_____
DAVID C. GODBEY
CHIEF UNITED STATES DISTRICT JUDGE

**AGREED:**

/s/ *Rick Waterhouse*                     /s/ *B. Kyle Briscoe*

RICK WATERHOUSE                       B. KYLE BRISCOE

**ATTORNEY FOR PLAINTIFF**           **ATTORNEY FOR DEFENDANT**